

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-12-00684-CV

**IN RE THE WILLA PETERS HUBBERD TESTAMENTARY TRUST**

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 1986-PC-1440
Honorable Tom Rickhoff, Judge Presiding

PER CURIAM

Sitting:      Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Marialyn Barnard, Justice

Delivered and Filed:  June 26, 2013

ABATED AND REMANDED

The parties have filed a joint motion, stating that they have fully resolved and settled all issues in dispute. Noting that we have questioned whether the trial court's order is a final, appealable order, the parties have requested that we abate this appeal, thereby imbuing the trial court with whatever jurisdiction we may have, and remand the cause to the trial court for entry of judgment in conformity with their settlement agreement.

We grant the motion, abate this appeal, and remand the cause to the trial court for entry of judgment in conformity with the settlement agreement. Costs of appeal are taxed against appellants. *See* TEX. R. APP. P. 42.1(d).

PER CURIAM